BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Charles Liang, Sara Liu, Wally Liaw, Sherman Tuan, Judy Lin, Tally Liu, Robert Blair, Daniel Fairfax, David E. Weigand, George Kao, Don Clegg, and Super Micro Computer, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of SUPER MICRO COMPUTER, INC.,

Plaintiffs,

v.

CHARLES LIANG, SARA LIU, WALLY LIAW, SHERMAN TUAN, JUDY LIN, TALLY LIU, ROBERT BLAIR, DANIEL FAIRFAX, DAVID E. WEIGAND, GEORGE KAO, and DON CLEGG,

Defendants,

and

SUPER MICRO COMPUTER, INC.,

Nominal Defendant

Case No.: 5:26-cv-00955-~~EKL~~ EJD

**JOINT STIPULATION AND ~~[PROPOSED]~~ SCHEDULING ORDER FOR RESPONSE TO DERIVATIVE COMPLAINT**

*** AS MODIFIED ***

**JOINT STIPULATION**

Plaintiffs Employees' Retirement System of the State of Rhode Island and Bucks County Employees' Retirement System ("Plaintiffs"), Nominal Defendant Super Micro Computer, Inc. ("Supermicro"), and Individual Defendants Charles Liang, Sara Liu, Wally Liaw, Sherman Tuan, Judy Lin, Tally Liu, Robert Blair, Daniel Fairfax, David E. Weigand, George Kao, and Don Clegg (with Supermicro, "Defendants") (Plaintiffs and Defendants, collectively, the "Parties") in the above-captioned case, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 30, 2026, Plaintiffs filed a derivative complaint (the "Complaint") against Defendants for alleged breaches of fiduciary duties and for insider trading, unjust enrichment, and corporate waste, ECF No. 1;

WHEREAS, on February 6, 2026, Defendants waived service of summons of the Complaint, ECF No. 18;

WHEREAS, the current deadline for Defendants to respond to Plaintiffs' derivative complaint is April 6, 2026;

^ the Court granted the Administrative Motion to designate the present litigation as related to the

WHEREAS, ~~the Parties await ruling on an administrative motion, ECF No. 3, to designate the present litigation as a related case to the ongoing~~ consolidated derivative action *In re Super Micro Company, Inc., Derivative Litigation*, No. 5:24-cv-06410-EJD (N.D. Cal.);

WHEREAS, the Parties anticipate that an amended consolidated complaint will be filed and that Defendants will file a motion to dismiss;

WHEREAS, an amended consolidated complaint would render any response to the current Complaint moot;

WHEREAS, the Parties have conferred and believe that good cause exists to find that Defendants should not be required to respond to the Complaint in this case until after an amended consolidated complaint is filed;

WHEREAS, as an amended consolidated complaint would also affect the deadlines in the Court's February 2, 2026 Initial Case Management Order, ECF No. 5;

~~WHEREAS, by the Court's Order of February 10, 2026, the Parties still intend to submit a Case Management Statement by May 13, 2026, and to attend the Initial Case Management Conference set for May 27, 2026 at 1:30 p.m., ECF No. 17;~~

WHEREAS, the Parties have not made any previous requests for the extension of time in this action; and

WHEREAS, no party will be prejudiced by the stipulated-to extension;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by the Parties, through their undersigned counsel of record, subject to the Court's approval, as follows:

1. The Parties agree that Defendants need not respond to the Complaint.
2. Within fourteen (14) days after an amended consolidated complaint is filed or an operative complaint is designated, the Parties shall confer and submit a proposed schedule for the filing of Defendants' response.
3. All deadlines in the Court's Initial Case Management Order shall be vacated~~, pending the Initial Case Management Conference set for May 27, 2026 at 1:30 p.m~~.
4. Nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions, or as a waiver of any defenses.

IT IS SO STIPULATED.

Dated: March 27, 2026

FRESHFIELDS US LLP

By: */s/ Boris Feldman*
Boris Feldman

*Attorneys for Defendants*

BERMAN TABACCO

By: */s/ Nicole Lavallee*
Nicole Lavallee

*Attorneys for Plaintiff Employees' Retirement System of the State of Rhode Island*

COHEN MILSTEIN SELLERS & TOLL PLLC

Julie Goldsmith Reiser

*Attorneys for Plaintiff Bucks County Employees' Retirement System*

## ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation, **IT IS SO ORDERED, AS MODIFIED.**

Dated: April 6, 2026

EDWARD J. DAVILA ~~EUMI K. LEE~~, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA