Nicole Lavallee (SBN 165755)
Caitlyn Barresi (357977)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
nlavallee@bermantabacco.com
cbarresi@bermantabacco.com

*Attorneys for Plaintiff Employees' Retirement System of the State of Rhode Island*

Julie Goldsmith Reiser
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave, N.W., 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
jreiser@cohenmilstein.com

*Attorneys for Plaintiff Bucks County Employees' Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of SUPER MICRO COMPUTER, INC.,

Plaintiffs,

v.

CHARLES LIANG, SARA LIU, WALLY LIAW, SHERMAN TUAN, JUDY LIN, TALLY LIU, ROBERT BLAIR, DANIEL FAIRFAX, DAVID E. WEIGAND, GEORGE KAO, and DON CLEGG,

Defendants,

and

SUPER MICRO COMPUTER, INC.,

Nominal Defendant

Case No. 5:26-cv-00955-EJD

Related Case No. 5:24-cv-06410-EJD

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULES 23.1(C) AND 41(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Judge: The Honorable Edward J. Davila

This matter came before this Court on plaintiffs Employees' Retirement System of Rhode Island and Bucks County Employees' Retirement System (collectively, "Plaintiffs") Request for Voluntary Dismissal Without Prejudice Pursuant to Rules 23.1(c) and 41(a)(1) of the Federal Rules of Civil Procedure. Having read Plaintiffs' moving papers and the supporting Declaration of Nicole Lavallee in Support of Plaintiffs' Request for Voluntary Dismissal, the Court issues the following ruling:

IT IS HEREBY ORDERED THAT this action is ordered dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 29, 2026

The Honorable Edward J. Davila
United States District Judge